

**Douglas N. GIRARD**

v.

**PERSONNEL APPEALS BOARD OF The TOWN OF CHARLESTOWN.**

No. 81–333–M.P.

Supreme Court of Rhode Island.

Nov. 12, 1981.

Aram K. Berberian, Warwick, for petitioner.

ORDER

The petition for writ of certiorari is denied.

**In re Rev. Gerald GORDON.**

No. 81–534–M.P.

Supreme Court of Rhode Island.

Nov. 12, 1981.

Rev. Gerald Gordon, pro se.

ORDER

The petition for writ of certiorari and petitioner's motion for stay and for return of the filing fee are denied.

**Lola-Jane SELVERSTONE**

v.

**Marie FEDERICO.**

No. 81–506–M.P.

Supreme Court of Rhode Island.

Nov. 12, 1981.

Moore, Virgadamo & Lynch, Ltd., Salvatore L. Virgadamo, Joseph R. Palumbo, Jr., Newport, for petitioner.

Schreiber Law Associates, Adeen J. Postar, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

